UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRENDA DREW**                                                                 **PLAINTIFF**

V.                          NO. 1:18CV00066 JM-JTR

**NANCY A. BERRYHILL,**
Deputy Commissioner for Operations,
performing the duties and functions not reserved
to the Commissioner of Social Security                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Brenda Drew's Complaint *(Doc. 2)* is DISMISSED with prejudice.

DATED this 20th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE